(114 So. 920)

Edward CARY v. CITY OF PHENIX CITY. (4 Div. 358.) Court of Appeals of Alabama. Nov. 25, 1927.

J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(114 So. 920)

Frank CASEY v. STATE. (4 Div. 355.) Court of Appeals of Alabama. Nov. 15, 1927.

J. S. Williams, Judge.

SAMFORD, J. Affirmed.

(118 So. 922)

Le Grand CASON v. STATE. (7 Div. 508.) Court of Appeals of Alabama. Sept. 5, 1928.

Walter B. Merrill, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(112 So. 920)

John CHANCELLOR v. J. E. CHANCELLOR et al. (4 Div. 243.) Court of Appeals of Alabama. March 29, 1927. Rehearing Denied April 19, 1927.

W. L. Parks, Judge. A. G. Seay, of Troy, for appellant. T. L. Borom, of Troy, for appellees.

RICE, J. Affirmed.

(111 So. 924)

W. A. CHANDLER v. STATE. (7 Div. 332.) (Court of Appeals of Alabama. Feb. 1, 1927.)

R. B. Carr, Judge.

SAMFORD, J. Affirmed.

(117 So. 924)

Buck CHASTAIN v. STATE. (7 Div. 441.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

(114 So. 920)

Jesse CHRISTIAN, Jr., v. STATE. (6 Div. 282.) Court of Appeals of Alabama. Dec. 20, 1927.

Henry B. Foster, Judge.

SAMFORD, J. Affirmed.

(112 So. 920)

CITY of ALBANY v. Jennie WILSON. (8 Div. 366.) Court of Appeals of Alabama. Feb. 1, 1927. Rehearing Denied May 17, 1927.

James E. Horton, Judge. G. O. Chenault, of Albany, for appellant. Almon & Almon, and Eyster & Eyster, all of Albany, for appellee.

SAMFORD, J. Affirmed, on authority of City of Albany v. Martha Black, 216 Ala. 4, 112 So. 433 and City of Albany v. Leldon Wilson, 216 Ala. 174, 112 So. 435.

(118 So. 922)

CITY OF BIRMINGHAM v. J. W. SCHAEFER. (6 Div. 490.) Court of Appeals of Alabama. Nov. 27, 1928.

C. B. Smith, Judge.

PER CURIAM. Appeal dismissed by consent.

(116 So. 923)

Andrew CLARK v. CITY OF BIRMINGHAM. (6 Div. 361.) Court of Appeals of Alabama. April 24, 1928.

J. Russell McElroy, Judge.

BRICKEN, P. J. The defendant was tried in the circuit court on an appeal from the recorder's court of the city of Birmingham. The charge against him was for violation of the prohibition laws of said city. From a judgment of conviction in the circuit court this appeal was taken. The appeal here is upon the record only; there is no bill of exception. No error appears upon the record; therefore the judgment of conviction appealed from is affirmed. Affirmed.

(112 So. 920)

Henry CLARK v. CITY of PHENIX CITY. (5 Div. 653.) Court of Appeals of Alabama. April 14, 1927.

S. L. Brewer, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(118 So. 922)

John CLAYTON v. STATE. (4 Div. 405.) Court of Appeals of Alabama. Nov. 20, 1928.

J. S. Williams, Judge.

BRICKEN, P. J. Appeal dismissed.

(115 So. 922)

Louis COFIELD and Barney Jordan v. STATE. (4 Div. 338.) Court of Appeals of Alabama. Dec. 20, 1927. Rehearing Denied Jan. 17, 1928.

W. L. Parks, Judge. Distilling.

SAMFORD, J. Affirmed.

(115 So. 922)

Bessie COLEMAN v. STATE. (8 Div. 620.) Court of Appeals of Alabama. March 20, 1928.

James E. Horton, Judge. Violating prohibition law. E. D. Johnston, of Huntsville, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.